# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| OSVALDO JIMENEZ CABRERA, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-0056-LDG-NJK |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO COMPEL |
| | ) | |
| NEW ALBERTSON'S, INC., | ) | |
| | ) | (Docket No. 12) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendant's motion to compel, filed on April 17, 2013. Docket No. 12. Any response opposing the motion was due by May 4, 2013. *See* Local Rule 7-2(b); *see also* Docket No. 12 (docket entry indicating "Responses due by 5/4/2013"). No such response has been filed to date. Accordingly, the Court finds the motion to compel to be unopposed and hereby GRANTS it. *See* Local Rule 7-2(d). Plaintiff is ordered to provide responses to the outstanding discovery requests identified in the motion to compel within 14 days hereof. The Court further GRANTS Defendant's request for reasonable attorney's fees. *See* Fed. R. Civ. P. 37(a)(5)(A). No later than May 21, 2013, Defendant shall submit a declaration outlining the fees incurred in bringing its motion to compel. No later than May 28, 2013, Plaintiff may file a response to that declaration.

To the extent Defendant's motion seeks an extension to discovery deadlines, the Court defers ruling at this time. Defendant should file a motion or stipulation separately seeking such an extension.

IT IS SO ORDERED.

DATED: May 14, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge