**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| OSVALDO JIMENEZ CABRERA, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-0056-LDG-NJK |
| | ) | |
| vs. | ) | ORDER AMENDING ORDER SETTING |
| | ) | ATTORNEY'S FEES |
| NEW ALBERTSON'S, INC., | ) | |
| | ) | (Docket No. 17) |
| Defendant(s). | ) | |
| _____ | ) | |

On May 30, 2013, the Court awarded $364.50 in attorney's fees to Defendant, payable by Plaintiff within 7 days of the issuance of that order. Docket No. 17. The Court hereby AMENDS that order to include the following:

No later than June 27, 2013, Plaintiff shall file a notice with the Court indicating that the fees have been timely paid. To the extent the fees have not been timely paid, no later than June 27, 2013, Defendant shall file a notice with the Court so indicating.

IT IS SO ORDERED.

DATED: June 24, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge