# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| OSVALDO JIMENEZ CABRERA, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-0056-LDG-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEW ALBERTSON'S, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court ordered a notice to be filed, no later than June 27, 2013, indicating whether Plaintiff complied with the Court's order that he pay attorney's fees of $364.50 to Defendant no later than June 6, 2013. *See* Docket No. 18. To date, no such notice has been filed. The Court hereby ORDERS Plaintiff and his counsel, no later than July 3, 2013, to file a notice indicating whether the Court-ordered attorney's fees of $364.50 were timely paid.

IT IS SO ORDERED.

DATED: June 28, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge