# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO JIMENEZ CABRERA,<br><br>                Plaintiff(s),<br><br>vs.<br><br>NEW ALBERTSON'S, INC.,<br><br>                Defendant(s). | Case No. 2:13-cv-0056-LDG-NJK<br><br>ORDER RE: HEARING SET FOR<br>JULY 17, 2013 |

Pending before the Court is an order to show cause and hearing scheduled for July 17, 2013. *See* Docket No. 23. As part of that order, the Court indicated that any request for Plaintiff to appear telephonically must be filed no later than July 12, 2013. *Id.* at 1 n.1. The Court's staff subsequently received a telephone call inquiring as to the procedure for making that request, and the Court's staff indicated that a motion should be filed on Plaintiff's behalf requesting that he may appear telephonically. No such motion has been filed to date. Accordingly, the Court ORDERS Plaintiff to appear in person for the hearing scheduled for July 17, 2013.

IT IS SO ORDERED.

DATED: July 16, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge