1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**
8
9
10  OSVALDO JIMENEZ CABRERA,                )
                                             )
11                  Plaintiff(s),            )   Case No. 2:13-cv-0056-LDG-NJK
                                             )
12  vs.                                      )   ORDER RE: HEARING SET FOR
                                             )   JULY 17, 2013
    NEW ALBERTSON'S, INC.,                   )
13                                           )
                    Defendant(s).            )
14  _____)

15      Pending before the Court is an order to show cause and hearing scheduled for July 17, 2013.
16  *See* Docket No. 23.  As part of that order, the Court indicated that any request for Plaintiff to appear
17  telephonically must be filed no later than July 12, 2013.  *Id.* at 1 n.1.  The Court's staff subsequently
18  received a telephone call inquiring as to the procedure for making that request, and the Court's staff
19  indicated that a motion should be filed on Plaintiff's behalf requesting that he may appear
20  telephonically.  No such motion has been filed to date.  Accordingly, the Court ORDERS Plaintiff to
21  appear in person for the hearing scheduled for July 17, 2013.
22      IT IS SO ORDERED.
23      DATED: July 16, 2013
24                                              _____
                                                NANCY J. KOPPE
25                                              United States Magistrate Judge