LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
DAVE M. BROWN, ESQ.
Nevada Bar No. 12186
MORAN LAW FIRM, LLC
630 South 4th Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
NEW ALBERTSONS, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO JIMENEZ CABRERA, individually, and on behalf of the ESTATE OF OSVALDO RENATO CABRERA, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ALBERTSONS, INC., a foreign corporation, and DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br> Defendants. | CASE NO.: 2:13-cv-00056-LDG-NJK |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties,

///

///

1

each party bear their respective fees and costs incurred.

DATED this 9 day of December, 2013.

| FASSETT & CARDOZA | MORAN LAW FIRM, LLC. |
|---|---|
| /s/ Victor M. Cardoza, Jr. | /s/ Lew Brandon, Jr. |
| VICTOR M. CARDOZA, JR., ESQ. | LEW BRANDON, JR., ESQ. |
| Nevada Bar No. 5599 | Nevada Bar No. 5880 |
| 1137 South Rancho Drive, Suite 150-B | JUSTIN W. SMERBER, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 10761 |
| Co-Counsel for Plaintiffs | DAVE M. BROWN, ESQ. |
| | Nevada Bar No. 12186 |
| | 630 South 4th Street |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant, |
| | NEW ALBERTSONS, INC. |

**IT IS SO ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 10th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

*Respectfully Submitted by:*
**MORAN LAW FIRM, LLC.**

/s/ Lew Brandon, Jr.
_____
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**DAVE M. BROWN, ESQ.**
Nevada Bar No. 12186
630 South 4th Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
NEW ALBERTSONS, INC.

MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

2